# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY DERINGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LYONS MAGNUS, INC.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00968-JLT-SAB<br><br>ORDER GRANTING PAUL DOOLITTLE'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 8) |

The court has read and considered the application of Paul Doolittle, attorney for Plaintiff Christy Deringer, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 8.)  Having reviewed the application, Paul Doolittle' application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **November 2, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE