# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY DERINGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYONS MAGNUS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00968-JLT-SAB<br><br>ORDER RE STIPULATION TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 21) |

On November 10, 2022, a scheduling order issued setting January 9, 2023, as the deadline for amended pleadings. (ECF No. 17.) On November 22, 2022, the parties filed a stipulated agreement to allow Plaintiff to file a second amended complaint to name the correct entity as Defendant. (ECF No. 17.) The parties have agreed that the amended complaint shall be filed within one (1) court day of the Court's order approving the stipulation, and that any responsive pleadings will be due within fourteen (14) days of filing of the second amended complaint.

///

///

///

///

///

Accordingly, pursuant to the terms of the parties' stipulation and Federal Rule of Civil Procedure 15, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a second amended complaint;
2. Plaintiff shall file a second amended complaint within one (1) court day of entry of this order; and
3. Any responsive pleadings shall be filed within fourteen (14) days of filing of the Plaintiff's second amended complaint.

IT IS SO ORDERED.

Dated:  **November 23, 2022**

UNITED STATES MAGISTRATE JUDGE