# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY DERINGER,<br><br>    Plaintiff,<br><br>v.<br><br>LYONS MAGNUS, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-00968-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION BRIEF<br><br>ORDER VACATING JANUARY 18, 2023 HEARING IN COURTROOM 4<br><br>(ECF Nos. 26, 30) |

On December 6, 2022, Defendants filed a motion to dismiss that is currently set for hearing on January 18, 2023, before the assigned District Judge. (ECF No. 26.) On December 14, 2022, the parties filed a stipulated motion to continue the deadline for Plaintiff to file an opposition until March 31, 2023, as the parties have agreed that scheduling a mediation in February is the most appropriate course of action at this juncture. (ECF No. 30.) The Court finds good cause to grant the request. The Court shall also vacate the pending hearing on the motion to dismiss.[1]

/ / /

/ / /

---

[1] The Court notes that when filing the motion to continue the opposition deadline (ECF No. 30), counsel attempted to set a hearing before the Magistrate Judge for December 15, 2022, at 1:00 p.m. It is not clear whether this was error, but to be clear, no hearing was set on the Court's calendar in relation to the instant stipulated motion.

1

Accordingly, pursuant to the agreement of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulated motion, (ECF No. 30), is GRANTED;
2. The deadline for Plaintiff to file an opposition to the Defendants' motion to dismiss, (ECF No. 26), is extended until March 31, 2023;
3. Defendants' reply deadline shall be governed by Local Rule 230; and
4. The hearing on Defendant's motion to dismiss currently set for January 18, 2023, in Courtroom 4 before District Judge Jennifer L. Thurston, is VACATED, subject to resetting when the motion to dismiss is fully briefed.

IT IS SO ORDERED.

Dated:   **December 14, 2022**

UNITED STATES MAGISTRATE JUDGE