# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY DERINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYONS MAGNUS, LLC, and TRU ASEPTICS, LLC,<br><br>Defendants. | Case No. 1:22-cv-00968-JLT-SAB<br><br>ORDER GRANTING A STAY OF ALL DEADLINES; REQUIRING FILING OF DISPOSITIONAL DOCUMENTS OR STATUS REPORT WITHIN 30 DAYS<br><br>(Doc. 35) |

Upon motion of Plaintiff, for good cause shown, and given Defendants' non-opposition, Plaintiff's Motion to Stay all deadlines in this case in light of settlement finalization (Doc. 35) is hereby **GRANTED**.

Within (30) thirty days of the date of this order, the parties shall either file dispositional documents or a status report indicating their progress toward concluding this litigation and proposing alternative disposition deadlines.

IT IS SO ORDERED.

Dated:  **March 31, 2023**

UNITED STATES DISTRICT JUDGE

1